FILED'10 JUN 7 16:57USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DONROY B. WALKER,

    Petitioner,

v.

MARK NOOTH,

    Respondent.

Civil No. 09-1414-CL

ORDER

CLARKE, Magistrate Judge.

By Order (#4) entered December 8, 2009, the Federal Public Defender was appointed to represent petitioner in this proceeding for habeas corpus relief under 28 U.S.C. § 2254. The Order stated:

"A scheduling order will be entered after counsel for petitioner has filed an amended complaint clarifying the grounds he seeks to pursue in this proceeding."

Counsel for petitioner has not filed an amended petition or requested an extension of time in which to do so. Therefore, petitioner is allowed 30 days from the date of this order to either file an amended petition which clarifies the claims petitioner seeks to raise in this proceeding or to show cause in

1 - ORDER

writing why this proceeding should not be dismissed for failure to prosecute.

Petitioner is advised that failure to file a response to this order within 30 days will result in the dismissal of this proceeding fro failure to prosecute.

DATED this ___7___ day of ~~May~~ June, 2010.

_____
Mark D. Clarke
United States Magistrate Judge

2 - ORDER